**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ROY REYNOLDS,

    Plaintiff,

vs.

CITY OF COLUMBUS, OHIO, *et al.*,

    Defendants.

Case No. 2:06cv1039

Judge Michael H. Watson

## ORDER

On February 5, 2007, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed without prejudice upon demonstration that the state court proceedings have terminated in plaintiff's favor. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** without prejudice to institution upon demonstration that the state court proceedings have terminated in plaintiff's favor.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court